HILDA M. CARDY, Respondent, v. VERNON G. CARDY, Appellant.—

736

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.